IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02678-WYD-CBS

BRUCE SMITH, and
VIVIAN SMITH,
    Plaintiffs,
v.

GRAND COUNTY HOUSING AUTHORITY, a Colorado public agency,
GRAND COUNTY, a Colorado county,
FOX RUN HOLDINGS, INC., a Colorado nonprofit corporation,
FOX RUN APARTMENTS, LLLP, a Colorado limited liability limited partnership,
JAMES SHEEHAN, individually, and
GARY DEFRANGE, individually,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Motion to Clarify Statement of the Court" by Defendants Grand County, Grand County Housing Authority, Fox Run Holdings, Inc., Fox Run Apartments, LLLP, and James Sheehan (filed May 2, 2006) (doc. # 28).  Pursuant to the Order of Reference dated January 9, 2006 (doc. # 2) and the memorandum dated May 3, 2006 (doc. # 29), the motion was referred to the Magistrate Judge.  The court has reviewed the pending motion, the entire case file, the proceedings of the Scheduling and Planning Conference held on May 2, 3006, and the applicable law and is sufficiently advised in the premises.

    Defendants seek to clarify the statement in the Scheduling Order at page 6, § 5, ¶ d. that "[d]isclosures [pursuant to Fed. R. Civ. P. 26(a)(1)] were made on or before

1

May 2, 2006." Defendants made their disclosures on April 25, 2006. On May 2, 2006, Defendants provided copies of the disclosed documents to Plaintiffs on CD-ROM. Thus, the court treats the Fed. R. Civ. P. 26(a)(1)(B) disclosure process as complete as of May 2, 2006.

Accordingly, IT IS ORDERED that Defendants' "Motion to Clarify Statement of the Court" (filed May 2, 2006) (doc. # 28) is GRANTED as clarified in this Order.

DATED at Denver, Colorado, this 4th day of May, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge