**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02678-WYD-CBS

BRUCE SMITH and
VIVIAN SMITH

    Plaintiffs,

v.

GRAND COUNTY HOUSING AUTHORITY, a Colorado public agency,
GRAND COUNTY, a Colorado county,
FOX RUN HOLDINGS, INC., a Colorado nonprofit corporation,
FOX RUN APARTMENTS, LLLP, a Colorado limited liability limited partnership,
JAMES SHEEHAN, individually, and
GARY DEFRANGE, individually,

    Defendants.

---

**ORDER**

---

    THIS MATTER coming before the Court upon Plaintiffs' Unopposed Motion For Leave to Amend Complaint (*doc. no. 31*), and the Court being fully advised in the premises,

    IT IS ORDERED that Plaintiffs' Motion is GRANTED. The Amended Complaint filed with the Motion shall be deemed filed and served as of the date of this Order, and Defendants shall plead in response thereto as provided in Fed.R.Civ.P. 15(a).

DATED at Denver, Colorado, this 10th day of May, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              Craig B. Shaffer
                              United States Magistrate Judge