IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02678-WYD-CBS

BRUCE SMITH and
VIVIAN SMITH,

    Plaintiffs,

v.

GRAND COUNTY HOUSING AUTHORITY, a Colorado public agency;
GRAND COUNTY, a Colorado county;
FOX RUN HOLDINGS, INC., a Colorado nonprofit corporation;
FOX RUN APARTMENTS, L.L.L.P., a Colorado limited liability limited partnership;
JAMES SHEEHAN, individually; and
GARY DEFRANGE, individually,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion For Leave to Amend Defendants' Motion to Dismiss [# 39], filed May 26, 2006, is **GRANTED**.  The Amended Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted, which was filed with the Motion, shall be deemed filed and served as of the date of this Order.

    Dated:  June 1, 2006