IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02678-WYD-CBS

BRUCE SMITH and
VIVIAN SMITH,

      Plaintiffs,

v.

GRAND COUNTY HOUSING AUTHORITY, a Colorado public agency;
GRAND COUNTY, a Colorado county;
FOX RUN HOLDINGS, INC., a Colorado nonprofit corporation;
FOX RUN APARTMENTS, L.L.L.P., a Colorado limited liability limited partnership;
JAMES SHEEHAN, individually; and
GARY DEFRANGE, individually,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiffs Bruce Smith and Vivian Smith claims against Defendants Grand County Housing Authority, Grand County, Fox Run Holdings, Inc., Fox Run Apartments, L.LL.P., James Sheehan, and Gary DeFrange should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Joint Stipulated Motion for Dismissal with Prejudice is **APPROVED**; and that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, each party to pay their own attorneys fees and costs.

Dated:  October 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge