# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02678-WYD-CBS

BRUCE SMITH and
VIVIAN SMITH,

      Plaintiffs,

  v.

GRAND COUNTY HOUSING AUTHORITY, a Colorado public agency,
GRAND COUNTY, a Colorado county,
FOX RUN HOLDINGS, INC., a Colorado nonprofit corporation,
FOX RUN APARTMENTS, LLLP, a Colorado limited liability limited partnership,
JAMES SHEEHAN, individually, and
GARY DEFRANGE, individually,

      Defendants.
_____

## ORDER AUTHORIZING THE INDIVIDUAL WITHDRAWAL OF JENNIFER C. BERGSIEKER
_____

    THIS MATTER coming before the Court upon the Unopposed Motion of Jennifer C. Bergsieker to individually withdraw from representation of Plaintiffs, and the Court having examined the Motion and finding that good cause exists for the individual withdrawal of Ms. Bergsieker,

    IT IS HEREBY ORDERED that Jennifer C. Bergsieker be granted leave to individually withdraw from this case as attorney-of-record for the Plaintiffs, Bruce Smith and Vivian Smith.

    Dated:  October 3, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel

                                                   Wiley Y. Daniel
                                                   U. S. District Judge